| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0315 1:99CR00030-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 06CRIM 81 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE  Laura Romero  1304 Grand Concourse  #4D  Bronx, NY 10456 | DISTRICT  Western District Of Pennsylvania | DIVISION  United States Probation Office |
| | NAME OF SENTENCING JUDGE  Maurice B. Cohill Jr.  Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM  09/30/05 | TO  09/29/10 |

OFFENSE

Conspiracy to Possess With Intent to Distribute Cocaine Base

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District Of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_8/14/06_  
Date

_Maurice B. Cohill, Jr._  
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

SEP 20 2006

Effective Date

United States ~~District~~ Judge

HON. MICHAEL H. DOLINGER  
United States Magistrate Judge  
Southern District of New York